IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SUSAN BURKETT,

    Plaintiff,

v.                                    CASE NO. 1:05-cv-00064-MP-MD

JO ANNE B BARNHART,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 21, Report and Recommendations of the Magistrate Judge, recommending that the decision of the Commissioner be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g), that the Commissioner be ordered to remand the matter for appropriate testing and for consideration of the plaintiff's claim consistent with this report and recommendation, and that the clerk be directed to close the file. Objections to Report and Recommendation were due by 4/7/2006, but none were filed. Having reviewed the Report and Recommendation, the Court finds that remand is appropriate. Accordingly it is hereby,

    **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein. The motion to remand is granted, the decision of the Administrative Law Judge is reversed and this matter remanded to the Commissioner for further proceedings.

2.     The Clerk should enter a judgment in favor of claimant, remand the case to the Commissioner, and close this case.

    **DONE AND ORDERED** this _27th_ day of April, 2006

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge